**Will E. CLARK, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 41835.**

Missouri Court of Appeals,
Western District.

Jan. 9, 1990.

James J. Beisman, Jr., Kansas City, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before LOWENSTEIN, P.J., and KENNEDY and GAITAN, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 29.15 motion for post-conviction relief.

Affirmed. Rule 84.16(b).